**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
S. Mohammad Kazerouni, Esq. (SBN: 252835)
mike@kazlg.com
Assal Assassi, Esq. (SBN: 274249)
assal@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcostlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOLUMETER WHARTON; AND, KHASHAYAR RASTAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP,**<br><br>Defendants. | **Case No.:** 12-cv-01035-JAH-KSC<br><br>**PLAINTIFFS' NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ALL CAUSES OF ACTION WITH PREJUDICE AS TO PLAINTIFFS DOLUMETER WHARTON AND KHASHAYAR RASTAN** |

///

///

**NOTICE OF VOLUNTARY DISMISSAL**                                PAGE 1 OF 2

Plaintiffs Dolumeter Wharton and Khashayar Rastan ("Plaintiffs") hereby move to dismiss this action with prejudice.

Plaintiffs respectfully requests the action be dismissed WITH PREJUDICE as to Plaintiffs Dolumeter Wharton and Khashayar Rastan

Date: August 29, 2012                          **KAZEROUNI LAW GROUP, APC**

                                                            By:     /s/ Abbas Kazerounian
                                                                      Abbas Kazerounian, Esq.